[1:22-mc-06000 In re: 2022 Attorney Biennial Fee](#)

Scott Gessler

#28944