

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Patrick Dale Tooley

Admission date: 06/11/1991

was admitted to practice in this court
and is in good standing.

Dated: November 3, 2022