

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Frank William Suyat

Admission date: 01/08/1997

was admitted to practice in this court
and is in good standing.

Dated: November 3, 2022