Bi-ennial attorney payment fee $60.00

April Murtha, #43942