

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Colleen Marie Campbell

Admission date: 06/04/2020

was admitted to practice in this court
and is in good standing.

Dated: January 24, 2023     *Jeffrey P. Colwell*